1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   Assistant United States Attorneys
5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3680

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12
   UNITED STATES OF AMERICA,          )    No. CR04-40197 SBA
13                                     )
            Plaintiff,                 )
14                                     )    UNITED STATES' MOTION TO
        v.                             )    UNSEAL
15                                     )
   LAURENCE SEIDENFELD,                )
16                                     )
            Defendant.                 )
17  _____)

18         The United States of America, by and through its United States Attorney Melinda

19  Haag, and Assistant United States Attorney Maureen C. Bessette, respectfully request that

20  this Court unseal documents listed at docket numbers 43, 44, 45, and 46 for the sole

21  purpose of making a copy and then

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

   MOTION TO UNSEAL AND ORDER

immediately seal all the documents.

Dated: June 26, 2012                   Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

_____/s/_____
MAUREEN C. BESSETTE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 10, 2012                  _____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

MOTION TO UNSEAL AND ORDER