| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | MAUREEN C. BESSETTE (CABN 165775)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3691 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR04-40197SBA |
| Plaintiff, | ) ) | |
| v. | ) ) | UNITED STATES' MOTION TO UNSEAL |
| LAURENCE SEIDENFELD, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through its United States Attorney Melinda Haag and Assistant United States Attorney Maureen C. Bessette, respectfully request that this Court unseal the documents listed at docket 42 and 49 for the sole purpose of making

///
///
///
///
///
///
///

MOTION TO UNSEAL AND ORDER

1  a copy and then immediately seal the documents.

3  Dated: July 18, 2012                    Respectfully submitted,

4                                          MELINDA HAAG
                                           United States Attorney

5                                          MIRANDA KANE
6                                          Chief, Criminal Division

8                                          _____
                                           MAUREEN C. BESSETTE
                                           Assistant United States Attorney

10
   IT IS SO ORDERED.

13 DATED: July 20, 2013                    _____Saundra B Armstrong_____
                                           SAUNDRA BROWN ARMSTRONG
14                                         UNITED STATES DISTRICT COURT JUDGE

MOTION TO UNSEAL AND ORDER